1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| MARIA MIRANDA, | ) | |
|---|---|---|
| | ) | 1:05-CV-1328 AWI LJO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until August 7, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, October 21, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: July 7, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: July 10, 2006 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan <br> (as authorized via facsimile) <br> KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8     IT IS SO ORDERED.

9     **Dated:   July 11, 2006**              **/s/ Lawrence J. O'Neill**
      66h44d                                  UNITED STATES MAGISTRATE JUDGE