Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| MARIA MIRANDA, | 1:05-CV-1328 AWI LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until September 6, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, October 21, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: August 7, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: August 7, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   August 22, 2006**           **/s/ Lawrence J. O'Neill**
b9ed48                       UNITED STATES MAGISTRATE JUDGE